IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

DAVIS EDDIE WILSON,

    Plaintiff,

v.                                                                              No. 2:21-cv-00985-KWR-JFR

CITY OF ALBUQUERQUE, ET AL.,

    Defendants.

## ORDER OF VOLUNTARY DISMISSAL

**THIS MATTER** is before the Court on Plaintiff's *Motion to Voluntarily Dismiss All Actions Pursuant to Cause Number 2:21-CV-00985-KWR-JFR, Including All Named Defendants*, filed on May 18, 2022 (the "Motion"). (Doc. 17). The Court construes the Motion as a request for voluntary dismissal under Fed. R. Civ. P. 41(a)(2), which allows the Court to dismiss an action at the Plaintiff's request on terms that the court considers proper. Responses in support of the Motion were filed by the Defendants who are represented by counsel in this matter. (Docs. 18, 19). As there is no objection to the Motion, the Court finds good cause to grant the relief requested therein. Accordingly, the Court will Grant the Motion and dismiss Plaintiff's Tort Complaint (Doc. 1-1) without prejudice.

    **IT IS ORDERED** that:

  (1) the Motion (**Doc. 17**) is **GRANTED**;

  (2) the Court will enter a judgment **DISMISSING** this case **WITHOUT PREJUDICE.**

    **IT IS SO ORDERED.**

                                                **KEA W. RIGGS**
                                          **UNITED STATES DISTRICT JUDGE**